



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
200 Portland Street
Boston, MA 02114



TOM REILLY
ATTORNEY GENERAL

617)727-2200

## Non-Payment of Wage Complaint Form

**EMPLOYEE INFORMATION:**

Name: Kenneth F. Porter    Soc. Sec. #: 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

Address: 168 Church Street

City: Waltham    State: MA    Zip: 02452

Date of Birth: 1/5/51    Work Phone: ___-___-___    Home Phone: 617-803-6612

What type of work did you perform: Information Technology Support

**EMPLOYER INFORMATION:** (complaint will not be accepted unless this section is completed.)

Company Name: TERC

Address: 2067 Massachusetts Avenue

City: Cambridge    State: MA    Zip: 02140

Phone: 617-547-0430    Total number of employees in company: approx 130

President/Owner Name: Dennis Bartels    Title: President

Local Manager Name: _____

Town where work was performed: Cambridge

**WAGE/BENEFIT INFORMATION:**

Date of Hire: 3/24/97    Were you discharged? yes    Date of discharge: 7/23/04

Did you leave? no    Date: _____    Reason for leaving: N/A

If you left, did you make a personal demand for this money? _____

If yes, what was the response of the employer: _____

Rate of Pay: $29.88 per (hour/week): hour    Unpaid Wages: Excess of $20,000 per year
Overtime: $44.82 per hour

What dates did you work for the money which you claim you are owed:

From __7__ / __23__ / __01__ to __7__ / __23__ / __04__ Total amount owed: $ __Excess of $20,000__ per year

Have you signed a contract as a consultant or independent contractor? __no__

Do you have an attorney representing you in this matter? __yes__

Have you taken any other action against your employer in this matter? __no__

If yes, please explain:
_____

Are you willing to fully cooperate with the Attorney General's Office, which may include appearing in court? __yes__

EXPLAIN IN DETAIL the facts relating to why you were not paid or why you are filing this complaint. If your complaint involves vacation pay, briefly explain how you earned vacation time (e.g. one week per year, one week _after_ one year, monthly accrual, etc.)

    I regularly worked approximately in excess of ten hours per week overtime and received no compensation for this work because I was improperly classified as an exempt employee.

I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THIS IS A TRUE STATEMENT OF THE FACTS RELATING TO MY COMPLAINT.

Signature: _[signature]_    Date: Aug. 10, 2004

Print Name: Kenneth F. Porter

Please attach copies of any supporting information (e.g. pay stubs, employment policy, etc...). Important: send only copies, save the originals for your records.

[Stamp: RECEIVED AUG 10 2004 SUPP SERVICES ATTORNEY GENERAL'S OFFICE]