

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

August 13, 2004

(617) 727-2200
www.ago.state.ma.us

Kenneth Porter
c/o Paul Holtzman
Krokidas & Bluestein
600 Atlantic Avenue
Boston, MA  02110

Re:  **Authorization for Immediate Private Suit - TERC**

Dear Mr. Porter:

We have received the complaint that you filed with this office, as well as your request to proceed with a private suit pursuant to Massachusetts Wage and Hour Laws. M.G.L. c. 149, §150 and M.G.L. c. 151, §§ 1B & 20. After reviewing your submission, the Attorney General hereby authorizes you to institute and prosecute a civil action immediately on behalf of the named complainant and others similarly situated.

This letter of authorization does not represent an opinion on the merits of the complaint but serves as this office's written assent to sue. You are granted authority to pursue claims against any employer, as that term is defined under Massachusetts law, in connection with the above-referenced complaint.

This office will not take further enforcement action at this time.

Thank you for contacting this office.

Sincerely,

Daniel S. Field
Assistant Attorney General
Fair Labor and Business Practices Division
(617) 727-2200, extension 2320

DF/pk

Krokidas & Bluestein LLP
AUG 1 6 2004

NewPRA.frm rqst(8/11/04)