UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH PORTER,<br><br>   Plaintiff,<br><br>  v.<br><br>TERC,<br><br>   Defendant. | CIVIL ACTION<br>NO. 1:04-cv-12008-RGS |

### DEFENDANT'S ANSWER TO VERIFIED COMPLAINT

Defendant TERC, by its attorneys, hereby answers the Verified Complaint ("Complaint") filed by plaintiff Kenneth Porter ("Porter) in the above matter as follows:

### PRELIMINARY STATEMENT

This portion of the Complaint does not generally state facts that require a response by TERC. To the extent that the Preliminary Statement contains statements of fact, they are denied.

### JURISDICTION AND VENUE

1. TERC admits the allegations of paragraph 1 of the Complaint.

2. TERC admits the allegations of paragraph 2 of the Complaint.

### STATEMENT OF FACTS

3. TERC admits the allegations of paragraph 3 of the Complaint except states that Porter was hired on or about March 21, 1997.

4. TERC denies the allegations of paragraph 4 of the Complaint and further states that Porter was properly classified as an exempt employee commencing on February 26, 2001.

5. TERC admits the allegations of paragraph 5 of the Complaint but denies that Porter was improperly classified.

{B0350514; 1}

-2-

6. TERC is without information sufficient to form a belief as to the truth of the allegations of paragraph 6 of the Complaint.

7. TERC is without information sufficient to form a belief as to the truth of the allegations of paragraph 7 of the Complaint.

### FIRST CAUSE OF ACTION – OVERTIME (FEDERAL)

8. TERC incorporates herein its response in paragraph 1 through 7 above.

9. TERC denies the allegations of paragraph 9 of the Complaint.

10. TERC denies the allegations of paragraph 10 of the Complaint.

### SECOND CAUSE OF ACTION – NON-PAYMENT OF WAGES

11. TERC incorporates herein its response in paragraphs 1 through 10 above.

12. TERC denies the allegations of paragraph 12 of the Complaint.

13. TERC denies the allegations of paragraph 13 of the Complaint.

### THIRD CAUSE OF ACTION – OVERTIME (STATE)

14. TERC incorporates herein its response in paragraphs 1 through 13 above.

15. TERC denies the allegations of paragraph 15 of the Complaint.

16. TERC denies the allegations of paragraph 16 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

Porter is estopped from asserting the claims set forth in the Complaint.

### SECOND AFFIRMATIVE DEFENSE

Porter has waived the claims set forth in the Complaint.

## THIRD AFFIRMATIVE DEFENSE

Some or all of Porter's claims are barred by the applicable statute(s) of limitation.

Respectfully submitted

TERC

By its attorneys,

November 30, 2004

_____
Louis A. Rodriques, BBO No. 424720
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800

I hereby certify that a copy of the above document was served on counsel of record for all parties by hand/~~mail~~ on __11/30/04__.

_____

-3-

{B0350514; 1}