UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE

2005 JAN 18 P 4: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

KENNETH PORTER,                )
                               )
          Plaintiff,           )
                               )   CIVIL ACTION
     v.                        )   NO. 1:04-cv-12008-PBS
                               )
TERC,                          )
                               )
          Defendant.           )

## JOINT STATEMENT PURSUANT TO FED. R. CIV. P. 16

Plaintiff and Defendant, by their respective attorneys, hereby submit this joint statement pursuant to Fed. R. Civ. P. 16.

A.  Discovery Plan

1.  The parties anticipate that they will have no difficulty complying with the discovery limits set forth in Fed. R. Civ. P. 26(b).

2.  The parties do not believe that phased discovery is necessary or desirable.

3.  The parties propose a discovery deadline of August 1, 2005.

4.  The parties propose that expert witnesses reports will be exchanged on May 2, 2005, and rebuttal reports will be exchanged on June 2, 2005.

B.  Schedule for Filing of Motions.  The parties do not foresee the need for motion practice other than motions to compel discovery and motions for summary judgment.  The parties propose a deadline of September 16, 2005, for the filing of dispositive motions.

C.  Certifications.  The parties' certifications concerning litigation budgets and alternative dispute resolution will be filed at the scheduling conference.

{B0366396; 1}

-2-

D.  <u>Magistrate Judge</u>.  Neither party is willing to consent to trial before a magistrate judge.

| KENNETH PORTER | TERC |
|---|---|
| By his attorneys, | By its attorneys, |
| *Hugh Rappaport /by LR* | *[signature]* |
| Paul V. Holtzman, Board of Bar Overseers No. 563184<br>Hugh Dun Rappaport, Board of Bar Overseers No. 642263<br>KROKIDAS & BLUESTEIN<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 482-7211 | Louis A. Rodriques, Board of Bar Overseers No. 424720<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, MA 02109<br>(617) 338-2800 |

I hereby certify that a copy of the above document was served on counsel of record for all parties by hand/~~mail~~ on _January 18, 2005_

*[signature]*