UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12008-RGS

KENNETH PORTER,

                  Plaintiff,

v.

TERC

                  Defendant.

## CERTIFICATION

Pursuant to Local Rule l6.1(D)(3), the undersigned hereby certify and affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the above litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

*[signature]*
Kenneth Porter

COUNSEL FOR KENNETH PORTER,

*[signature]*

Paul Holtzman (BBO #563184) Hugh
Dun Rappaport (BBO #642263)
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

Dated: January 10, 2005

2148\0001 \147044.1