UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12008-RGS

KENNETH PORTER,
                Plaintiff,

v.

TERC

                Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-captioned action hereby agree and stipulate that all claims alleged and that could have been alleged in the above-captioned action be dismissed, with prejudice, without costs, all parties waiving their rights to appeal.

| | |
|---|---|
| KENNETH PORTER<br>By his attorneys, | TERC,<br>By its attorneys, |
| _____<br>Paul Holtzman, BBO # 563184<br>Hugh Dun Rappaport, BBO # 642263<br>KROKIDAS & BLUESTEIN LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 482-7211 | _____<br>Louis A. Rodriques, BBO # 424720<br>BINGHAM MCCUTCHEN, LLP<br>150 Federal Street<br>Boston, MA 02110<br>(617) 951-8000 |

Dated: August 29, 2005

2148\0001\154346.1